IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK J. BARTON**  **PLAINTIFF**
**#142505**

V.    NO. 4:23-cv-00592-BRW

**LAUREN MESSERSMITH**  **DEFENDANT**

## ORDER

Pending before the Court is Defendant Lauren Messersmith's motion to dismiss Plaintiff Frederick J. Barton's claims based on his status as a three striker under 28 U.S.C. § 1915(g).[1] In her motion, Ms. Messersmith correctly argues that Mr. Barton has had three civil actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.[2] In this case, Mr. Barton alleges that Defendant Lauren Messersmith has not provided him adequate medical treatment for ankle pain resulting from a twisted ankle. These allegations do not satisfy the imminent danger exception to the three strikes rule.

Mr. Barton has not responded to Defendant Messersmith's motion to dismiss and the time for doing so has passed.[3]

IT IS THEREFORE ORDERED THAT:

1. The Court withdraws the reference.

2. The Court revokes Mr. Barton's in forma pauperis status.

3. Defendant Messersmith's motion to dismiss is GRANTED.

---

[1] Doc. 21.

[2] *Barton v. Jacksonville Police Department, et al.*, E.D. Ark. Case No. 4:23-cv-17-BRW (Jan. 17, 2023); *Barton v. Pulaski County Circuit Court*, E.D. Ark. Case No. 4:22-cv-1266-DPM (Jan. 10, 2023); and *Barton v. Maples, et al.*, E.D. Ark. Case No. 1:12-cv-38- JMM (May 29, 2021).

[3] Doc. 22.

4.       Mr. Barton's claims are DISMISSED, without prejudice.

5.       The Clerk is directed to close this case.

IT IS SO ORDERED, this 3rd day of October, 2023.

                                                   BILLY ROY WILSON  
                                      UNITED STATES DISTRICT JUDGE