IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK J. BARTON**  **PLAINTIFF**
**#142505**

V.  NO. 4:23-cv-00592-BRW

**LAUREN MESSERSMITH**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of October, 2023.

                                                  BILLY ROY WILSON
                                      UNITED STATES DISTRICT JUDGE